UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NEW YORK HOTEL AND GAMING TRADES
COUNCIL, AFL-CIO,
                               Petitioner,

                -against-

LUXURBAN HOTELS INC. F/K/A
CORPHOUSING LLC D/B/A THE BLAKELY,
                               Respondent.
------------------------------------------------------------X

24 Civ. 6583 (LGS)

<u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 30, 2024, Petitioner commenced this action seeking to confirm an arbitration award.  It is hereby

      **ORDERED** that the parties shall file their submissions in connection with Petitioner's Petition to Confirm Arbitration according to the following schedule.  By **September 25, 2024,** Petitioner shall file a Memorandum of Law in support of their Petition to Confirm Arbitration, not to exceed twenty (20) pages.  By **October 9, 2024**, Respondent shall file any opposition, not to exceed twenty (20) pages.  By **October 18, 2024**, Petitioner shall file any reply in support of their Petition, not to exceed five (5) pages.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated:  September 9, 2024
          New York, New York

                                                    LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE