UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK HOTEL AND GAMING TRADES
COUNCIL, AFL-CIO

                    Petitioner,              24 **CIVIL** 6583 (LGS)

        -against-                              **JUDGMENT**

LUXURBAN HOTELS INC. f/k/a CORPHOUSING
LLC d/b/a THE BLAKELY HOTEL BY
LUXURBAN,
                    Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 9, 2025, the Petition to Confirm Arbitration is GRANTED. The Severance Award and Drawdown Award are confirmed. Respondent shall pay Petitioner the amount required by the Severance Award, i.e., $727,428.43, plus pre-judgment interest at a rate of 9% per annum, accruing from the date of issuance of the Severance Award through the entry of judgment in this action totaling $99,368.72 in pre-judgment interest, plus post-judgment interest calculated at the statutory rate prescribed by 28 U.S.C. § 1961. Respondent shall replenish the cash bond posted with the OIC to the extent of any drawdown made to satisfy the Severance Award. By May 1, 2025, Petitioner shall submit an application for attorney's fees and costs, including timesheets and other documents supporting the motion.

**Dated**: New York, New York
       April 10, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                              **BY:**

                                                         **Deputy Clerk**