UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NEW YORK HOTEL AND GAMING TRADES :
COUNCIL, AFL-CIO, :
                            Petitioner, :      24 Civ. 6583 (LGS)
:
     -against- :
:      <u>ORDER</u>
LUXURBAN HOTELS INC. F/K/A :
CORPHOUSING LLC D/B/A THE BLAKELY, :
                          Respondent. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the April 9, 2025, Order granted the petition to confirm the arbitration award.

    WHEREAS, the May 21, 2025, Order granted Petitioner's application for attorney's fees in the amount of $11,502.00 and costs in the amount of $2,188.11.

    The Clerk of Court is respectfully directed to close the case.

Dated: June 9, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE